C. Douglass Green, Respondent, v. Francis Waddington, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs.

No opinion. Present—Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.